NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IROBOT CORPORATION,**

*Appellant*

**v.**

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**

*Appellees*

---

2022-1234

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00734.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2       IROBOT CORPORATION V. SHARKNINJA OPERATING LLC

(2) Each side shall bear its own costs

                                FOR THE COURT

October 12, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** October 12, 2022